IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA L. GOOD**, | : | CIVIL ACTION NO. 1:06-CV-1736 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JOHN TRISH**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 19th day of September, 2006, upon consideration of the order of court dated September 14, 2006 (Doc. 5), granting plaintiff's request to proceed *in forma pauperis* and directing plaintiff to file an amended complaint, and it appearing that plaintiff filed an amended complaint (Doc. 6) on September 18, 2006, it is hereby ORDERED that the United States Marshal is directed to serve the amended complaint (Doc. 6) on the defendants named therein.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge