# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA L. GOOD**, | : | CIVIL ACTION NO. 1:06-CV-1736 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JOHN TRISH**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of December, 2006, upon consideration of plaintiff's motion (Doc. 22) to strike, requesting that defendants' motions to dismiss (Docs. 12, 14) and supporting briefs (Docs. 13, 15) be stricken for failure to comply with the local rules, and it appearing that defendants did not violate any federal or local rules of procedure, and that defendants' briefs (Docs. 13, 15) comply with the 5,000 word limitation set forth in the local rules, see L.R. 7.8, it is hereby ORDERED that plaintiff's motion (Doc. 22) to strike is DENIED.

 S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge