IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA L. GOOD**, | : | CIVIL ACTION NO. 1:06-CV-1736 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN TRISH**, et al., | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 3rd day of October, 2007, upon consideration of plaintiff's motion to enjoin defendants from "Laying Bricks in Borough of Steelton in Violation of Steelton Statutes" (Doc. 31), and it appearing that the motion was filed on September 18, 2007, and that a brief in support of the motion has not been filed as of the date of this order, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief . . . ."), it is hereby ORDERED that the motion (Doc. 31) is deemed WITHDRAWN.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge