# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA L. GOOD**, | : | CIVIL ACTION NO. 1:06-CV-1736 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JOHN TRISH**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 4th day of March, 2008, upon consideration of plaintiff's motion to enjoin defendant John Trish from "stalking plaintiff's family and photographing her grandchildren without parental permission" (Doc. 42), and it appearing that the motion was filed on February 19, 2008, and that a brief in support of the motion has not been filed as of the date of this order, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief . . . ."), it is hereby ORDERED that the motion (Doc. 42) is deemed WITHDRAWN.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge