# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA L. GOOD**, | : | CIVIL ACTION NO. 1:06-CV-1736 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN TRISH**, et al., | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of March, 2008, upon consideration of *pro se* plaintiff's motion to compel (Doc. 46)[1] and the accompanying brief in support (Doc. 47), and it appearing that the brief in support contains impertinent or scandalous allegations against defendant John Trish, it is hereby ORDERED that:

1. The Clerk of Court is directed to file the original brief in support (Doc. 47) under seal.

2. The Clerk of Court is directed to redact the second sentence of paragraph five from the brief in support (Doc. 47) and to file the redacted version as a separate document.

                                                  /s/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge

---

[1] While the motion is styled as a motion to compel, it does not involve discovery matters and is properly considered a motion for injunction.