# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SANDRA L. GOOD**, | : CIVIL ACTION NO. 1:06-CV-1736 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **DENNIS C. HEEFNER**, **SYLVIA STONER**, and **JOHN TRISH** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 12th day of December, 2008, upon consideration of *pro se* plaintiff's motion (Doc. 73) for appointment of counsel to assist plaintiff in litigating the above-captioned case,[1] and it appearing that plaintiff possesses the competency to present the merits of her case, see Tabron v. Grace, 6 F.3d 147, 155-56 (3d Cir. 1993) (describing plaintiff's ability to present her case as a key factor in the appointment of counsel standard found in 28 U.S.C. § 1915(d)), and that resolution of plaintiff's claim under 42 U.S.C. § 1983 neither implicates complex legal or factual issues, nor requires significant factual investigation or the testimony of expert witnesses, see id. at 155-57 (listing factors relevant to an *in forma pauperis* request for civil counsel), it is hereby ORDERED that:

1. Plaintiff's motion (Doc. 73) for appointment of counsel is DENIED.

---

[1] Plaintiff is proceeding *in forma pauperis* in this matter. (See Doc. 5 ¶ 1.)

2.   Should further proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon a motion by plaintiff.  See Tabron, 6 F.3d at 156-57.

       S/ Christopher C. Conner
       CHRISTOPHER C. CONNER
       United States District Judge